■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN TIDD, SR., Also Known as ALAN D. TIDD, SR., Also Known as ALAN D. TIDD, Appellant. (Appeal No. 1.) [917 NYS2d 591]— Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 9, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the second degree.

It is hereby ordered that said appeal from the judgment insofar as it imposed sentence is unanimously dismissed (see People v Haywood, 203 AD2d 966 [1994], lv denied 83 NY2d 967 [1994]) and the judgment is otherwise affirmed. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.